151 A.3d 977

DOREEN HAYES, PLAINTIFF-PETITIONER, v. BARBARA DELA-MOTTE, DEFENDANT/THIRD-PARTY PLAINTIFF-RESPONDENT, v. GEICO INSURANCE COMPANY, THIRD-PARTY DEFENDANT.

September 23, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003387-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.